**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON** **DATE: May 10, 2021**

**JUDGE: PETER G. SHERIDAN**

**COURT REPORTER:** FRANK GABLE

**Docket # Cr. 20 – 784 (01) (PGS)**

**TITLE OF CASE**:
UNITED STATES OF AMERICA
vs.
AKIKUR R. MOHAMMAD
**PRESENT**

**APPEARANCE:**
JASON SCOTT GOULD, AUSA for Government

SCOTT LEEMON, Esq., for Defendant

**NATURE OF PROCEEDINGS**:

**Telephone conference held.**

**Time commenced: 12:00 PM**
**Time Adjourned: 12:05 PM**
**Total Time: 0:05**

**DOLORES J. HICKS/**
**DEPUTY CLERK**