LAW OFFICES OF SCOTT E. LEEMON, P.C.
**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

---

June 28, 2022

Via ECF & Email
Honorable Peter G. Sheridan
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

SO ORDERED: 7/5/22

Granted.

s/*Peter G. Sheridan, U.S.D.J.*

Re: United States v Mohammad, Cr. 20-784 (PGS)

Dear Judge Sheridan:

I write with the consent of AUSA Jason Gould to respectfully request that the defendant's current surrender date of July 6, 2022 be adjourned until August 9, 2022.

This request is made because Dr. Mohammad is still trying to finalize his affairs, including transferring the patients he was treating to new doctors and dealing with his litany of medical conditions before he surrenders to the BOP for the execution of his sentence.

I thank you in advance for your consideration.

Very truly yours

/s/

Scott E. Leemon

cc: Jason Gould (via email)