UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 20-784 |
| AKIKUR R. MOHAMMAD | : | PROPOSED CONSENT ORDER OF RESTITUTION |

WHEREAS, on September 15, 2020, Defendant Akikur R. Mohammad (Scott E. Leemon, Esq., appearing) entered a guilty plea to an Information charging him with one count of conspiring to pay illegal remuneration for referrals to recovery homes, in violation of Title 18, United States Code, Section 371;

WHEREAS, in the plea agreement, Defendant Akikur R. Mohammad agreed to make full restitution for all lossess resulting from the offense of conviction or from the scheme, conspiracy, or pattern of criminal activity underlying that offense;

WHEREAS, in the plea agreement, Defendant Akikur R. Mohammad further agreed that the amount of restitution he owed shall be at least $493,104.35;

WHEREAS, on May 31, 2022, the Honorable Peter G. Sheridan sentenced Defendant to a term of imprisonment of 15 months to be followed by a term of supervised release of 3 years;

WHEREAS, on that same date, Judge Sheridan ordered that Defendant

Akikur R. Mohammad shall make restitution in the amount of $493,104.35;

WHEREAS, Defendant Akikur R. Mohammad by and through his counsel consents to entry of this Order of Restitution;

WHEREAS, good and sufficient cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED AS FOLLOWS on this 14 day of Nov 2022:

1. Defendant shall pay restitution totaling $493,104.35 to the victims and in the amounts identified below:

| Victim | Restitution Amount | Address |
|---|---|---|
| Aetna | $115,737.23 | Aetna, Inc.<br>151 Farmington Ave.<br>Hartford, CT 06156 |
| Anthem BCBS | $165,029.50 | Anthem BCBS of California<br>P.O. Box 60007<br>Los Angeles, CA 95670 |
| BCBS of CA | $2,730.00 | Blue Shield of California<br>601 12th Street<br>Oakland, CA 94607 |
| Beacon (NYSHIP) | $100,002.86 | Beacon NYSHIP<br>New York State<br>Department of Civil Service<br>Employee Benefits Division<br>Core 1, Swan St.<br>Albany, NY 12239 |
| Cigna | $60,279.68 | Cigna<br>900 Cottage Grove Rd.<br>W3SIU<br>Hartford, CT 06152 |
| United Health Care | $49,325.08 | Untied Health Care<br>11000 Optum Drive<br>Eden Prairie, Minnesota 55344 |

Peter Sheridan

HON. PETER G. SHERIDAN
United States District Judge

I hereby consent to the entry
and form of the within Order.

ANGELICA M. SINOPOLE
JASON GOULD
Assistant U.S. Attorneys

SCOTT E. LEEMON
Attorney for Defendant Akikur R. Mohammad