PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Akikur R Mohammad     Cr.: 20-00784-001
    PACTS #: 7143383

Name of Sentencing Judicial Officer:    THE HONORABLE PETER G. SHERIDAN
                                         SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/24/2022

Original Offense:    Count One: Conspiracy to Pay Illegal Remuneration for Referrals to Recovery Homes, 18:371

Original Sentence: 15 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment: $100.00, Restitution – Money: $493,104.35, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/08/2023

## STATUS UPDATE

Mr. Mohammad is currently being supervised in the Central District of California after being released from his term of imprisonment on May 8th, 2023. Mr. Mohammad's attorney has recently filed a motion to the court for the release of his passport.

U.S. Probation Officer Action:
Our office has no objections to the release of Mr. Mohammad's passport. Our office reached out to the supervising officer in the Central District of California, and they stated they have had no issues regarding non-compliance since his term of supervision commenced. They stated they do not have any objections to the release of Mr. Mohammad's passport as well.

                                                Respectfully submitted,

                                                SUSAN M. SMALLEY, Chief
                                                U.S. Probation Officer

                                                By:   RYAN E. SHUTTS
                                                          U.S. Probation Officer Technician

/ res

APPROVED:

_____  6/12/2023
STEVE ALFREY                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Authorize the Release of the Passport back to Mr. Akikur R. Mohammad (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
6/14/23
Date