**PROB 12A**
**(6/21)**

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Akikur R Mohammad — Cr.: 20-00784-001, PACTS #: 7143383

Name of Sentencing Judicial Officer: THE HONORABLE PETER G. SHERIDAN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/24/2022

Original Offense: Count One: Conspiracy to Defraud The United States, 18 U.S.C. § 371

Original Sentence: 15 months imprisonment, 3 Years supervised release

Special Conditions: Special Assessment: $100.00, Restitution: $493,104.35, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release — Date Supervision Commenced: 05/08/2023

---

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to the Amalfi Coast in Italy from June 7, 2024 to June 14, 2024 for his daughter's wedding.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Mr. Mohammad is currently being supervised in the Central District of California. According to his officer, He reports as instructed, makes all his payments on time, and is in compliance with all supervision terms and conditions. Akikur R Mohammad has maintained stable residence and is employed with Las Virgenes Medical Clinic in Agura Hills, California. As such, he is in full compliance with the conditions of supervised release.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

Ryan Shutts

By: RYAN E. SHUTTS
U.S. PROBATION TECHNICIAN

/ res

APPROVED:

4/30/2024

STEVE ALFREY Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

- [x] Travel Approved (as recommended by the Probation Office)
- [ ] Travel Denied
- [ ] Travel Approved and all future travel requests be at the discretion of the Probation Office
- [ ] Other

Signature of Judicial Officer

5/1/24

Date