**PROB 12A**
**(10/24)**

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Akikur R Mohammad Cr.: 20-00784-001
PACTS #: 7143383

Name of Sentencing Judicial Officer: THE HONORABLE PETER G. SHERIDAN
SENIOR UNITED STATES DISTRICT JUDGE
(Case reassigned to Hon. Zahid N. Quraishi on 6/24/2025)

Date of Original Sentence: 05/24/2022

Original Offense: Count One: Conspiracy To Pay Illegal Remuneration for Referrals to Recovery Homes, 18:371, a Class D Felony.

Original Sentence: 15 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment - $100, Restitution - $493,104.35, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release Date Supervision Commenced: 5/8/2023

## STATUS UPDATE

Mr. Muhammad has been supervised in the Central District of California (CD/CA) for the duration of this term of supervised release. In July 2025, the CD/CA probation office advised our office, and we notified the Court that Mr. Muhammad was under active investigation by the FBI for allegedly practicing medicine without the proper credentials. That investigation is ongoing. On April 22, 2026, the CD/CA probation office advised that a federal search warrant was executed on April 16, 2026, as part of the ongoing investigation of Mr. Muhammad, however no charges have been filed thus far. This term of supervised release is scheduled to expire on May 7,2026, and it appears the balance of the Court-ordered financial obligation will not be fully satisfied prior to the expiration. To date, $9,898.37 has been paid, leaving a balance of $380,473.12.

U.S. Probation Officer Action:
The CD/CA probation office has advised that there is no evidence of willful failure to pay. Mr. Muhammad has met the Court-ordered monthly restitution payment schedule. The CD/CA probation office will continue collection efforts, monitor the ongoing FBI investigation and notify our office of any changes or issues that warrant further action.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

4/27/2026

By: STEVEN ALFREY
Supervising U.S. Probation Officer

/ sa

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

April 27, 2026

Date